IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : **CASE NO. 7:23-CR-72-WLS-TQL** |
| | : |
| **TERESA PAULO,** | : |
| | : |
| **Defendant.** | : |
| | : |

**MOTION FOR ADDITIONAL DECREASE FOR ACCEPTANCE OF
RESPONSIBILITY PURSUANT TO U.S.S.G. SECTION 3E1.1(b)**

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files this Motion for Additional Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. Section 3E1.1(b). In support hereof, the United States shows that Defendant Teresa Paulo assisted authorities in the prosecution of Defendant's own misconduct by timely notifying authorities of Defendant's intention to enter a guilty plea, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently.

Therefore, in the event that Defendant qualifies for a two-level decrease for acceptance of responsibility pursuant to Section 3E1.1(a) of the United States Sentencing Guidelines, and if Defendant's offense level as determined prior to the operation of Section 3E1.1(a) is level 16 or greater, the United States moves the Court to make an additional one level decrease in the offense level pursuant to Section 3E1.1(b).

Respectfully submitted this 5th day of December, 2023.

                PETER D. LEARY
                UNITED STATES ATTORNEY

BY:    *s/ Hannah M. Couch*
        HANNAH M. COUCH
        Assistant United States Attorney
        Georgia Bar No. 825706
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2655
        Email: hannah.couch@usdoj.gov

*Attorney for the United States of America*

## CERTIFICATE OF SERVICE

I, Hannah M. Couch, Assistant United States Attorney, do hereby certify that I have this date filed the within and foregoing **Motion for Additional Decrease** with the Clerk of the Court via CM/ECF, which will send notification of such filing to counsel of record.

Respectfully submitted this 5th day of December, 2023.

        PETER D. LEARY
        UNITED STATES ATTORNEY

BY:   *s/ Hannah M. Couch*
        HANNAH M. COUCH
        Assistant United States Attorney
        Georgia Bar No. 825706
        United States Attorney's Office
        Post Office Box 1702
        Macon, Georgia 31202
        Telephone: (478) 752-3511
        Facsimile: (478) 621-2655
        Email: hannah.couch@usdoj.gov

*Attorney for the United States of America*