IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *-versus-* § | |
| § | CASE NO.: 7:23-CR-00072 |
| TERESA PAULO, § | |
| § | |
| *Defendant*. § | |

**UNOPPOSED MOTION FOR CONTINUANCE OF
SENTENCING HEARING**

**COMES NOW** the above-named Defendant, **TERESA PAULO** (hereinafter "Paulo"), by and through her undersigned counsel of record, and files this, and hereby moves this Honorable Court for an Order continuance. As grounds for this **Unopposed Motion for Continuance of Sentencing Hearing**, Defendant **PAULO** states the following:

1

Ms. **PAULO** pled guilty in the above–styled matter (*via* information) on November 2, 2023. The Presentence Investigation Report was filed on February 5, 2024 and objections were filed by both parties. Sentencing is scheduled for July 11, 2024.

2.

Counsel is defending a colleague, Kimberly Copeland, in the matter of *Strayer vs. Copeland*, Civil Action Number: SUCV2022000188, in the Superior Court of Wayne County. The matter has been scheduled for trial commencing July 12, 2024 [See **Exhibit 1**] and the parties have more than nine hundred and forty (940) pages of exhibits.

**3.**

Pursuant to counsel's conversation with AUSA Hannah Couch on July 1, 2024, she does not oppose this **Motion**.

**4.**

This **Unopposed Motion for Continuance of Sentencing Hearing** is filed in good faith and not for the purpose of unnecessary delay, especially considering counsel's July 12, 2024 trial mentioned above. A proposed Order is attached hereto.

**WHEREFORE**, Defendant **TERESA PAULO** moves this Honorable Court for an Order continuing the sentencing hearing in the above-styled case.

**Respectfully submitted**, this 2nd day of July 1, 2024.

**COPELAND, HAUGABROOK & WALKER**
104 East Adair Street
Post Office Box 1810
Valdosta, Georgia 31601
Telephone: (229) 247-4617
Facsimile: (229) 242-0109
Email: cwlaw02@bellsouth.net

*/s/ Nathaniel Haugabrook, II*
NATHANIEL HAUGABROOK, II
Georgia Bar No.: 337970

**Attorney for PAULO**

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, I electronically filed the foregoing **Unopposed Motion for Continuance of Sentencing Hearing** with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

**COPELAND, HAUGABROOK & WALKER**
Post Office Box 1810
104 East Adair Street
Valdosta, Georgia 31603
Telephone: (229) 247-4617
Facsimile: (229) 242-0109
Email: cwlaw02@bellsouth.net

*/s/ Nathaniel Haugabrook, II*
NATHANIEL HAUGABROOK, II
Georgia Bar No. 3337970

**Attorney for PAULO**

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| *-versus-* | § |
| | §   **CASE NO.: 7:23-CR-00072** |
| TERESA PAULO, | § |
| | § |
| *Defendant*. | § |

## ORDER

Upon consideration of Defendant Teresa Paulo's foregoing Unopposed Motion for Continuance of Sentencing Hearing, the same is hereby **GRANTED**.

**SO ORDERED**, this _____ day of July, 2024.

_____
Honorable **W. LOUIS SANDS**
**Judge**, United States District Court for the
Middle District of Georgia, Valdosta Division

**Order Prepared by**:
Nathaniel Haugabrook, II
Georgia Bar Number: 337970
*Counsel for Defendant*
**COPELAND, HAUGABROOK & WALKER**
104 East Adair Street
Post Office Box 1810
Valdosta, Georgia 31603
Telephone: (229) 247-4617
Facsimile: (229) 242-0109
Email: cwlaw02@bellsouth.net

# EXHIBIT

# 1



**Judge Robert W. Guy, Jr.**
Superior Courts of Georgia, Brunswick Judicial Circuit
Camden County Courthouse
Post Office Box 610
Woodbine, Georgia 31569

Telephone
(912) 510-5970

Fax
(912) 510-5974

Circuit Counties:
Appling County
Camden County
Glynn County
Jeff Davis County
Wayne County

## MEMORANDUM

TO: Frances Yeargan, Clerk of Superior Court (via email)
Wayne County Sheriff's Office (via email)
Elizabeth Presley, Esq. (via email)
Chad Taylor, Esq. (via email)
Fred Kopp, Esq. (via email)
C. Foster Lindberg, Esq. (via email)
J. Holder Smith, Esq. (via email)
James L. Hardin, Esq. (via email)
Nathaniel Haugabrook, II, Esq. (via email)
Juanita Holsey, Esq. (via email)
Ashleigh Peacock (via email)

FROM: Hon. Robert W. Guy, Jr.
Brunswick Judicial Circuit

DATE: June 28, 2024

RE: *Wayne County Trials – Week of July 8, 2024*

---

The following cases are scheduled to be heard on the Court's July 8, 2024 week of <u>jury</u> trials:

1.) *State v. Terri Lynn Vickers*, SUCR2023000144
2.) *Reva Lynn Jeremias v. David M. Heflin, et al.*, SUCV2022000142

The Court will conduct jury selection and the trial of *State v. Vickers* on Monday, July 8, 2024, at 9:30 AM. Jury selection and the trial of *Jeremias v. Heflin, et al.* will commence on Tuesday, July 9, 2024, at 9:30 AM.

*Jeremias* will be followed by a <u>bench</u> trial in the following matter, to tentatively commence on Friday, July 12, 2024, at 9:30 AM:

1.) *Strayer Electric, LLC v. Kimberly L. Copeland*, SUCV2022000188