IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-72 (WLS-TQL) |
| | : |
| TERESA PAULO, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is Defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. 27). Therein, Defendant requests the Court to continue the sentencing hearing that is currently set for July 11, 2024, because Defense Counsel has a trial commencing on July 12, 2024, in the Superior Court of Wayne County, and needs additional time for Defendant Paulo's sentencing hearing. (*Id.*) Defendant also notes that the Government does not oppose the instant Motion. (*Id.*)

Based on the stated reasons, Defendant's Motion to Continue Sentencing Hearing (Doc. 27) is **GRANTED**. Accordingly, the sentencing hearing currently set for **Thursday, July 11, 2024**, is **CANCELED**. The Sentencing Hearing shall be set for **Thursday, September 12, 2024,** at **3 PM** in the **Albany Courthouse**.

**SO ORDERED**, this 3rd day of July 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1